FILED - USDC - FLMD - ORL
SEP 12 2025 PM1:10

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

**JAVEOUS INGRAM and**

**KENEISHA SMITH**

Plaintiffs,

v.

**FLORIDA HEALTH ADVISORS,**

**INC.,**

**JASON J. MONDAY ,**

**JOHN DOE CALLERS 1–10**

Defendants.

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

(Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227; Florida

Telephone Solicitation Act, Fla. Stat. § 501.059; Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201–213)

## INTRODUCTION

1. This action arises from Defendants' repeated, unauthorized, and unlawful telemarketing calls made to Plaintiffs' personal cellular telephones in violation of the **Telephone Consumer Protection Act** ("TCPA"), 47 U.S.C. § 227, the **Florida Telephone Solicitation Act** ("FTSA"), Fla. Stat. § 501.059, and the **Florida Deceptive and Unfair Trade Practices Act** ("FDUTPA"), Fla. Stat. §§ 501.201–213.

2. Defendants, through third-party vendors acting on their behalf, used automated dialing systems and spoofed caller ID numbers to place dozens of unsolicited calls to Plaintiffs, despite Plaintiffs' numbers being registered on the National Do Not Call Registry since September 1, 2024.

3. These calls were not accidental. They were placed **willfully and knowingly,** and were designed to funnel Plaintiffs through a deceptive sales process that ultimately transferred them to licensed Florida Health Advisors agents who completed enrollments and sent confirmation emails from official company accounts.

4. Plaintiffs never gave consent to receive these calls. They repeatedly requested that the calls stop, yet Defendants' agents and vendors continued the unlawful telemarketing campaign.

5. Plaintiffs seek statutory damages, punitive damages, injunctive relief, and all other remedies available under federal and Florida law.

**PARTIES**

6. **Plaintiff Javeous Ingram** resides at 113 Shiloh Ave, Lady Lake, Florida 32159, and is the subscriber of cellular number **689-207-7415**, which has been registered on the National Do Not Call Registry since **September 1, 2024**.

7. **Plaintiff Keneisha Smith** resides at the same address, and is the subscriber of cellular number **352-431-1035**, also registered on the National Do Not Call Registry since **September 1, 2024**.

8. Plaintiffs are an engaged couple who use their personal cell phones primarily for private, non-commercial use.

9. **Defendant Florida Health Advisors, Inc.** is a Florida profit corporation with its principal business address at **3825 Henderson Blvd, Suite 202B, Tampa, FL 33629**. Florida Health Advisors is licensed as an insurance

agency by the Florida Department of Financial Services.

10. **Defendant Jason J. Monday** is the President, Secretary, Treasurer, and Director of Florida Health Advisors, Inc., and exercises operational control over its telemarketing practices.

11. **Defendants JOHN DOE CALLERS 1–10** are persons and/or entities whose identities are presently unknown but who directly participated in, authorized, or benefitted from the unlawful telemarketing calls described herein. Plaintiffs will amend this Complaint to substitute the true names and capacities of these Defendants when ascertained.

## JURISDICTION AND VENUE

12. This Court has **federal-question jurisdiction** under 28 U.S.C. § 1331 for the TCPA claims.

13. This Court has **supplemental jurisdiction** over the FTSA and FDUTPA claims under 28 U.S.C. § 1367 because they arise from the same case or controversy.

14. Venue is proper in the Middle District of Florida, Ocala Division, because Plaintiffs reside in Lady Lake, Florida, within this Division, and the calls were received here.

## EXHIBITS

- **Exhibit A** – Call log of Plaintiff Ingram (69 calls).
- **Exhibit B** – Call log of Plaintiff Smith (30 calls).
- **Exhibit C** – National Do Not Call Registry confirmations for both numbers. •

**Exhibit D** – Florida Health Advisors business registration and officer detail. •

**Exhibit E** – Email from licensed agent Maryann Centrone to Plaintiff Smith.

- **Exhibit F** – Email from licensed agent Michelle Sullivan to Plaintiff Ingram.
- **Exhibit G** – Licensee details for Florida Health Advisors and its agents.
- **Exhibit H** – Eligibility Results Notice.

## FACTUAL ALLEGATIONS

### A. Plaintiff Javeous Ingram

15. Plaintiff Ingram's cell phone number **689-207-7415** has been registered on the National Do Not Call Registry since **September 1, 2024**.

16. Beginning on or about December 6, 2024, and continuing through January

17, 2025, Plaintiff Ingram received at least **69 separate unauthorized telemarketing calls** from numbers displaying rotating or spoofed 689-area code caller IDs. A detailed log of these calls is attached as **Exhibit A.**

17. These calls averaged more than **11 calls per week** and occurred at varying times of day, including mornings, afternoons, and evenings, repeatedly disrupting Plaintiff Ingram's personal life and peace at home.

18. Many of these calls exhibited the telltale characteristics of autodialed calls, including a noticeable pause, click, or beep before a live agent came on the line, consistent with the use of a predictive dialer or automatic telephone dialing system.

19. On December 8, 2024 alone, Plaintiff Ingram received a sequence of back to-back calls within minutes (including 9:39 A.M., 9:40 A.M., 9:41 A.M.), demonstrating the deliberate use of rotating caller IDs to overwhelm the consumer.

20. When Plaintiff Ingram attempted to return calls to the numbers displayed on his caller ID, the numbers were unreachable, out of service, or invalid, proving the use of spoofed numbers.

**21.** On January 17, 2025, Plaintiff Ingram answered one such call. After verifying his name, age, and ZIP code, the caller — acting on behalf of Defendants — **coached Plaintiff Ingram with scripted instructions,**

**telling him how to respond to qualifying questions. The vendor instructed him to say "no" if asked whether he had Medicaid coverage, to state that he made under $20,000 in annual income, and to confirm his name, date of birth, and address in order to proceed.**

22. After this scripted coaching, Plaintiff Ingram was transferred live to a "licensed agent" who identified herself as **Michelle Sullivan**, a licensed agent of Florida Health Advisors.

23. Sullivan collected Plaintiff's personal information, including his date of birth, address, Social Security number, and income, and enrolled him in a health insurance plan.

24. Immediately after the call, Plaintiff Ingram received a confirmation email from **msullivan@floridahealthadvisors.com** (attached as **Exhibit F**).

25. At no time did Plaintiff Ingram provide prior express written consent to receive telemarketing calls from Defendants.

26. Plaintiff Ingram explicitly requested that the callers stop contacting him. Despite these clear do-not-call requests, the calls persisted, proving that Defendants willfully ignored his rights and the National Do Not Call Registry. Each call invaded his privacy, consumed his time, disrupted his home environment, and caused stress and anxiety. Plaintiff Ingram reasonably feared that providing sensitive personal information over the

phone after repeated pressure could expose him to identity theft.

26A. **Defendants' failure to honor Plaintiffs' repeated do-not-call requests demonstrates that they did not maintain a written internal do not-call policy, failed to properly train their telemarketing personnel on compliance, and failed to maintain records of Plaintiffs' do-not-call requests, as required by 47 C.F.R. § 64.1200(d)(1)–(6).**

27.These relentless calls caused Plaintiff Ingram frustration, anxiety, and repeated invasion of privacy, as he was forced to answer or silence his phone dozens of times, disrupting his daily activities.

**B. Plaintiff Keneisha Smith**

28.Plaintiff Smith's cell phone number **352-431-1035** has been registered on the National Do Not Call Registry since **September 1, 2024**.

29.Beginning on June 27, 2025, and continuing through July 3, 2025, Plaintiff Smith received at least **30 separate unauthorized telemarketing calls** from numbers displaying rotating or spoofed 352-area code caller IDs. A detailed log of these calls is attached as **Exhibit B**.

30. These calls averaged more than **four calls per day** and occurred at varying times, repeatedly intruding upon Plaintiff Smith's privacy and daily life.

31. Many of these calls exhibited the same characteristics as those received by Plaintiff Ingram, including pauses, audible clicks, and spoofed caller IDs, consistent with the use of autodialers and false caller identification practices.

**32.** On July 3, 2025, Plaintiff Smith answered one such call. The initial caller — acting on behalf of Defendants — likewise **coached Plaintiff Smith with scripted instructions, telling her to answer "no" if asked whether she had Medicaid coverage, to state she made under $20,000 in annual income, and to verify her name, date of birth, and address in order to be transferred.**

33. After this coaching process, Plaintiff Smith was transferred live to a "licensed agent" who identified herself as **Maryann Centrone**, a licensed agent of Florida Health Advisors.

34. Centrone confirmed Plaintiff Smith's information, requested additional personal data including her address, Social Security number, and household income, and represented that she was enrolling Plaintiff in health insurance coverage.

35. Immediately after the call, Plaintiff Smith received a confirmation email from maryanncentrone@floridahealthadvisors.com (attached as **Exhibit E**).

36.At no time did Plaintiff Smith provide prior express written consent to receive telemarketing calls from Defendants.

37.Plaintiff Smith explicitly requested that the callers stop contacting her. Despite these clear do-not-call requests, the calls continued, proving that Defendants willfully ignored her rights and the National Do Not Call Registry. The barrage of calls disrupted her daily life, forced her to silence her phone repeatedly, and caused frustration and anxiety. Plaintiff Smith likewise faced the risk of identity theft by being pressured to disclose her date of birth, Social Security number, income, and home address.

**37A. Defendants' failure to honor Plaintiffs' repeated do-not-call requests demonstrates that they did not maintain a written internal do not-call policy, failed to properly train their telemarketing personnel on compliance, and failed to maintain records of Plaintiffs' do-not-call requests, as required by 47 C.F.R. § 64.1200(d)(1)–(6).**

38.The sheer volume and frequency of the calls over a short seven-day period caused Plaintiff Smith significant frustration, disruption, and invasion of privacy.

**C. Calls Could Not Be Returned**

39. When Plaintiffs attempted to return calls to the numbers displayed on their caller IDs, the numbers were unreachable, out of service, or not valid.

40. This demonstrates that Defendants and their agents used **spoofed or false caller ID information** in violation of 47 U.S.C. § 227(e) and Fla. Stat. § 501.059(8)(a).

## PATTERN AND PRACTICE OF VIOLATIONS

41. Defendants' unlawful conduct was not an isolated incident. Plaintiffs' experiences show a repeated and systematic telemarketing scheme carried out through the same process and for the same unlawful purpose.

42. Defendants' vendors used identical tactics with both Plaintiffs: repeated autodialed calls from spoofed numbers falsely identifying as the "Healthcare Marketplace," collection of personal information, and live transfers to licensed Florida Health Advisors agents.

43. The fact that Defendants' vendors carried out the same unlawful pattern against two separate consumers, at different times, leading to transfers to different Florida Health Advisors agents (Michelle Sullivan for Plaintiff Ingram and Maryann Centrone for Plaintiff Smith), demonstrates that these violations are **routine business practice**, not accidental or isolated.

44. This repeated scheme shows Defendants acted **willfully and knowingly** in violation of the TCPA and FTSA. Defendants knowingly benefitted from and ratified the unlawful calling practices by accepting and processing the transferred leads.

45. In addition, both Plaintiffs were **coached with the same scripted instructions** by Defendants' third-party vendors prior to transfer, including being told to deny Medicaid coverage, state income under $20,000, and confirm their name, date of birth, and address. The identical coaching given to both Plaintiffs further proves that this was a standardized and deliberate business practice orchestrated by Defendants.

**LOGICAL BRIDGE**

46. Plaintiffs' allegations form a clear and logical bridge connecting the unlawful calls to Defendants.

47. Defendants' vendors initiated autodialed, spoofed calls falsely identifying as

the "Healthcare Marketplace." These calls were not random or independent—they were part of a telemarketing campaign designed to qualify consumers for health insurance sales on behalf of Florida Health Advisors. (see **In re Joint Petition Filed by DISH Network, 28 FCC Rcd. 6574, 6584 28 (2013)**).

48. During these calls, the vendors did more than just collect contact information. They **coached Plaintiffs with scripted instructions** on how to answer qualifying questions, such as denying Medicaid coverage, reporting income below $20,000, and confirming personal details like name, date of birth, and address. This coaching process shows that the vendors were specifically trained to funnel consumers to Defendants under false pretenses.

49. After this scripted coaching, the vendors transferred Plaintiffs directly to licensed Florida Health Advisors agents. Plaintiff Ingram was transferred to **Michelle Sullivan**, and Plaintiff Smith was transferred to **Maryann Centrone**. Both agents immediately continued the sales process as if they were part of the same team. (see **Palm Beach Golf Center–Boca, Inc. v. Sarris, 781 F.3d 1245, 1254–55 (11th Cir. 2015)**).

50. Sullivan and Centrone collected Plaintiffs' most sensitive information—including Social Security numbers, addresses, dates of birth, and income—and finalized enrollments in health insurance plans. Both agents then sent

confirmation emails from their official **@floridahealthadvisors.com** accounts, proving that the transfers were not accidental but the intended result of Defendants' telemarketing system.

51.These facts demonstrate that the calls were not independent acts of unknown third parties, but a coordinated telemarketing campaign designed, authorized, and ratified by Defendants. The continuity between spoofed calls, vendor coaching, live transfers, and agent enrollments forms an unbroken chain linking the Defendants to every unlawful call. (see **Krakauer v. Dish Network, L.L.C., 925 F.3d 643, 659–60 (4th Cir. 2019)**).

**52.**Defendants knowingly engaged in this pattern across both Plaintiffs, showing that violations of the TCPA and FTSA were not a one-time occurrence, but a **deliberate business practice routinely employed by Defendants to generate sales.**

53.By establishing the same unlawful chain twice, with two separate Plaintiffs, Defendants confirmed that this conduct was intentional, deliberate, and willful.

**VICARIOUS LIABILITY**

54.Defendants Florida Health Advisors, Inc. and Jason J. Monday are vicariously liable for the actions of their agents, employees, and third-party

vendors, including John Doe Callers 1–10, under principles of actual authority, apparent authority, ratification, and willful blindness. (see **Campbell-Ewald Co. v. Gomez, 577 U.S. 153, 168 (2016)**).

55. Defendants exercised control over the telemarketing process by hiring vendors, supplying scripts, training callers, and requiring that qualified consumers be transferred directly to licensed Florida Health Advisors agents. Defendants also controlled the content of the marketing pitches, and the qualifying questions vendors were trained to ask.

56. Defendants authorized, directed, and ratified the unlawful telemarketing calls at issue by contracting with and benefitting from vendors who placed the calls, accepting the leads generated, and compensating agents who closed sales through these transfers. (see **Thomas v. Taco Bell Corp., 582 Fed. Appx. 678 (9th Cir. 2014)**).

57. Defendants knowingly accepted the fruits of the unlawful telemarketing, including personal consumer data and completed enrollments, thereby ratifying the unlawful conduct. Accepting these benefits constitutes ratification under established agency law. (see **Restatement (Third) of Agency § 4.01 cmt. d (2006)**).

58. Defendant Jason J. Monday, as the officer and controlling person of Florida Health Advisors, was the **designated agent in charge** under Florida

Department of Financial Services licensing records. As such, he bore a non delegable duty to ensure that the agency complied with federal and Florida telemarketing laws. Monday personally authorized the use of third-party vendors, approved the telemarketing scripts, and knowingly accepted the financial benefits of the unlawful sales. By directing, authorizing, and knowingly participating in the telemarketing scheme, Monday is **individually liable** for the violations alleged herein.

59.Defendants acted willfully and knowingly in authorizing and benefitting from this unlawful scheme, consciously disregarding the clear prohibitions of federal and state law.

60.Because Defendants acted willfully and knowingly, Plaintiffs are entitled not only to statutory damages under the TCPA and FTSA, but also punitive damages under Florida law to deter such egregious misconduct. (see **Krakauer v. Dish Network, L.L.C., 925 F.3d 643 (4th Cir. 2019); Lary v. Trinity Physician Fin. & Ins. Servs., 780 F.3d 1101, 1107 (11th Cir. 2015)**).

## CAUSES OF ACTION

### Count I – TCPA § 227(b) (Autodialed/Prerecorded Calls)

61. Defendants violated 47 U.S.C. § 227(b)(1)(A)(iii) and **47 C.F.R. §**

**64.1200(a)(1)** by making autodialed and/or prerecorded telemarketing calls to Plaintiffs' cell phones without prior express written consent.

**Count II – TCPA § 227(c) (National Do Not Call Registry)**

62. Defendants violated 47 U.S.C. § 227(c)(3)(F) and **47 C.F.R. § 64.1200(c)(2)** by calling Plaintiffs' numbers despite their registration on the National Do Not Call Registry. Defendants further violated **47 **C.F.R. § 64.1200(d)(3)** by failing to honor Plaintiffs' internal do-not-call requests.

Defendants further violated **47 C.F.R. § 64.1200(d)(1)–(6)** by failing to maintain a written internal do-not-call policy, failing to provide such policy upon demand, failing to train their personnel engaged in telemarketing, and failing to maintain records of Plaintiffs' do-not-call requests.

**Count III – FTSA (Fla. Stat. § 501.059)**

63. Defendants violated Fla. Stat. § 501.059(4) by making unsolicited telephonic sales calls using an autodialer without the requisite prior express written consent and violated § 501.059(8)(a) by transmitting false, misleading, or spoofed caller ID information.

**Count IV – TCPA & FTSA (Caller ID Spoofing)**

64. Defendants, including John Doe Callers 1–10, violated 47 U.S.C. § 227(e) and Fla. Stat. § 501.059(8)(a) by transmitting misleading or spoofed caller ID information with the intent to defraud, cause harm, or wrongfully obtain something of value.

**Count V – FDUTPA (Fla. Stat. §§ 501.201–213)**

65. Defendants engaged in unfair and deceptive acts or practices in violation of Fla. Stat. §§ 501.204(1) and 501.059, including but not limited to: a. Misrepresenting themselves or their vendors as the "Healthcare Marketplace"; b. Using spoofed or rotating caller ID numbers to conceal their identity and evade detection;

c. Repeatedly contacting Plaintiffs despite their numbers being listed on the National Do Not Call Registry and despite direct do-not-call requests; d. Enrolling Plaintiffs in health insurance products through deceptive and unlawful telemarketing practices;

e. Failing to implement policies and procedures reasonably designed to comply with federal and Florida telemarketing laws.

66. Defendants' conduct was likely to mislead consumers acting reasonably under the circumstances, was material to consumers' decisions, and caused Plaintiffs actual damages in the form of lost time, invasion of privacy, frustration, and anxiety.

67. Pursuant to Fla. Stat. § 501.211, Plaintiffs are entitled to recover actual damages, attorneys' fees, and costs, and to obtain injunctive relief against Defendants' continued unlawful telemarketing practices.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request judgment against Defendants, jointly and severally, for the following:

a. Statutory damages of **$103,500** for Plaintiff Ingram (69 calls × $1,500).

b. Statutory damages of **$45,000** for Plaintiff Smith (30 calls × $1,500). c.

A combined total of **$148,500** in statutory damages.

d. An award of punitive damages under Florida law.

e. Injunctive relief prohibiting Defendants and their agents from further violations of the TCPA, FTSA, and FDUTPA, including but not limited to: i. Enjoining Defendants from placing unsolicited telemarketing calls to numbers listed on the National Do Not Call Registry;

ii. Enjoining Defendants from using autodialers or prerecorded/artificial voices to contact consumers without prior express written consent;

iii. Enjoining Defendants from using spoofed, rotating, or misleading caller ID information; and

iv. Requiring Defendants to implement compliance procedures and training for all agents

and vendors engaged in telemarketing.

f. Pre-judgment and post-judgment interest as allowed by law.

g. An award of attorneys' fees and costs under FDUTPA, Fla. Stat. § 501.2105, and any other applicable law.

h. Reasonable costs of suit, and such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiffs demand a jury trial on all issues so triable.

**LEAVE TO AMEND**

Plaintiffs respectfully request leave to amend this Complaint should additional

facts become available or if amendment is otherwise necessary in the interest of justice pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**Javeous Ingram**

*Javeous Ingram*

113 Shiloh Ave

Lady Lake, FL 32159

Phone: (689) 207-7415

**Keneisha Smith**

*Keneisha Smith*

113 Shiloh Ave

Lady Lake, FL 32159

Phone: (352) 431-1035

*Pro Se Plaintiffs*

| DATE | TIME | CALLER ID | NOTES |
|---|---|---|---|
| 12/06/24 | 6:25 P.M | 689 698-3913 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 1 |
| 12/06/24 | 6:29 P.M. | 689 205-8730 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 2 |
| 12/07/24 | 10:22 A.M. | 689 229-3986 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 3 |
| 12/07/24 | 10:35 A.M. | 689 488-0268 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 4 |
| 12/08/24 | 9:39 A.M. | 689 218-3241 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 5 |
| 12/08/24 | 9:39 A.M. | 689 799-4500 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 6 |
| 12/08/24 | 9:40 A.M | 689 218-3214 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 7 |
| 12/08/24 | 9:41 A.M | 689 290-0795 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 8 |
| 12/08/24 | 9:52 A.M. | 689 312-8623 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 9 |
| 12/08/24 | 9:54 A.M. | 689 264-8413 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 10 |
| 12/08/24 | 9:59 A.M. | 689 288-7182 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 11 |
| 12/08/24 | 10:05 A.M. | 689 233-1508 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 12 |
| 12/08/24 | 10:08 A.M. | 689 208-1781 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 13 |
| 12/08/24 | 10:22 A.M. | 689 906-4651 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 14 |
| 12/08/24 | 10:24 AM. | 689 588-2953 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 15 |
| 12/08/24 | 10:25 A.M. | 689 267-4792 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 16 |
| 12/08/24 | 10:25 A.M. | 689 259-5374 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 17 |
| 12/08/24 | 10:26 A.M. | 689 399-5962 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 18 |
| 12/08/24 | 10:28 A.M. | 689 223-7036 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 19 |
| 12/08/24 | 10:29 A.M. | 689 800-0293 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 20 |
| 12/08/24 | 10:30 A.M. | 689 228-8173 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 21 |
| 12/08/24 | 10:41 A.M | 689 289-7036 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 22 |
| 12/08/24 | 10:41 A.M | 689 300-0898 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 23 |
| 12/08/24 | 10:41 A. M | 689 208-9379 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 24 |
| 12/08/24 | 10:45 A.M. | 689 699-7893 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 25 |
| 12/08/24 | 10:45 A.M | 689 281-2357 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 26 |
| 12/08/24 | 10:46 A.M | 689 279-9163 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 27 |
| 12/09/24 | 10:58 A.M | 689 444-4206 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 28 |
| 12/09/24 | 12:38 P.M | 689 302-1062 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 29 |
| 12/09/24 | 3:48 P.M | 689 610-3986 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 30 |

| | | | |
|---|---|---|---|
| 12/09/24 | 7:17 P.M | 689 666-1835 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 31 |
| 12/09/24 | 7:18 P.M. | 689 303-7998 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 32 |
| 12/10/24 | 11:41 A.M | 689 303-5091 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 33 |
| 12/10/24 | 11:56 A.M | 689 223-1743 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 34 |
| 12/10/24 | 12:22 P.M. | 689 207-4576 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 35 |
| 12/10/24 | 2:36 P.M. | 689 788-4153 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 36 |
| 12/10/24 | 2:43 P.M. | 689 800-0673 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 37 |
| 12/10/24 | 3:35 P.M. | 689 488-0362 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 38 |
| 12/10/24 | 4:07 P.M. | 689 488-0943 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 39 |
| 12/11/24 | 3:46 P.M. | 689 240-3492 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 40 |
| 12/11/24 | 4:08 P.M. | 614 694-4666 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 41 |
| 12/12/24 | 10:04 A.M. | 689 290-0386 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 42 |
| 12/12/24 | 10:26 A.M. | 689 252-6386 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 43 |
| 12/12/24 | 10:56 A.M. | 689 688-8515 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 44 |
| 12/13/24 | 4:02 P.M. | 689 229-3856 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 45 |
| 12/13/24 | 5:06 P.M. | 689 689-2269 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 46 |
| 12/13/24 | 5:10 P.M. | 689 215-9284 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 47 |
| 12/13/24 | 5:11 P.M. | 689 233-3128 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 48 |
| 12/14/24 | 1:37 P.M. | 689 290-1360 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 49 |
| 12/14/24 | 1:48 P.M. | 689 290-0324 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 50 |
| 12/14/24 | 1:53 P.M. | 689 283-2702 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 51 |
| 12/14/24 | 3:07 P.M. | 689 666-3096 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 52 |
| 12/16/24 | 3:32 P.M. | 689 336-2476 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 53 |
| 12/18/24 | 7:02 P.M | 689 265-2067 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 54 |
| 12/19/24 | 11:44 A.M. | 689 207-5873 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 55 |
| 12/19/24 | 12:47 P.M. | 689 610-7535 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 56 |
| 12/19/24 | 1:01 P.M. | 689 219-7482 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 57 |
| 12/19/24 | 1:06 P.M | 689 283-3263 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 58 |
| 12/20/24 | 6:10 P.M. | 689 283-4375 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 59 |
| 12/20/24 | 6:12 P.M. | 689 259-4892 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 60 |
| 12/20/24 | 6:16 P.M. | 618 215-0327 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 61 |
| 12/21/24 | 2:18 P.M. | 689 345-5380 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 62 |

| | | |
|---|---|---|
| 12/21/24 2:29 P.M. | 689 279-0556 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 63 |
| 12/23/24 1:17 P.M. | 689 209-1814 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 64 |
| 12/30/24 4:32 P.M | 689 229-3766 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 12/31/24 10:05 A.M | 689 223-3646 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/3/25 10:10 A.M | 689 208-0730 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/3/25 4:23 P.M | 689 336-2472 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/7/25 | 689 274-3136 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/7/25 | 689 888-0614 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/8/25 | 689 500-5491 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/8/25 | 689 388-4301 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/8/25 | 689 407-7196 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/9/25 | 689 290-0672 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/9/25 | 689 263 7935 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/10/25 | 689 224-1210 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/14/25 | 689 228-8723 | Unauthorized automated solicitation call from "healthcare marketplace" |
| 1/17/25 10:51 A.M | 689 457-0455 | Unauthorized automated solicitation call from "healthcare marketplace" - I went along with the caller's sales pitch to see who was responsible for all the calls. I was asked if I had any insurance, and for my name, age and zip code before being transferred to a "licensed agent" who identified herself as Michelle Sullivan. She collected my personal information including my social security number, address, DOB, household income and signed me up for a health insurance plan. She then sent an email to confirm from msullivan@floridahealthadvisors.com. |

| DATE | TIME | CALLER ID | NOTES |
|---|---|---|---|
| 06/27/25 | 5:18 PM | 352-242-2810 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 1 |
| 06/27/25 | 5:18 PM | 352-636-7263 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 2 |
| 06/27/25 | 5:52 PM | 352-568-0413 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 3 |
| 06/27/25 | 6:11 PM | 352-517-764 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 4 |
| 06/28/25 | 2:36 PM | 352-872-7284 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 5 |
| 06/28/25 | 3:01 PM | 352-607-6909 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 6 |
| 06/28/25 | 4:26 PM | 352-340-1649 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 7 |
| 06/30/25 | 9:06 AM | 352-399-2877 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 8 |
| 06/30/25 | 9:32 AM | 352-478-4745 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 9 |
| 06/30/25 | 9:39 AM | 352-564-2550 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 10 |
| 06/30/25 | 10:19 AM | 352-235-3472 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 11 |
| 06/30/25 | 10:26 AM | 352-689-0001 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 12 |
| 06/30/25 | 11:14 AM | 352-245-7848 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 13 |
| 06/30/25 | 11:14 AM | 352-740-2948 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 14 |
| 06/30/25 | 11:35 AM | 352-785-4285 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 15 |
| 06/30/25 | 3:36 PM | 352-226-8179 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 16 |
| 06/30/25 | 3:49 PM | 352-399-4597 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 17 |
| 06/30/25 | 4:47 PM | 352-779-4804 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 18 |
| 07/01/25 | 9:36 AM | 352-527-2750 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 19 |
| 07/01/25 | 9:43 AM | 352-324-1761 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 20 |
| 07/01/25 | 9:55 AM | 352-429-5968 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 21 |
| 07/01/25 | 9:56 AM | 352-235-3538 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 22 |
| 07/01/25 | 10:08 AM | 352-515-2323 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 23 |
| 07/02/25 | 9:46 AM | 352-293-7920 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 24 |
| 07/02/25 | 10:26 AM | 352-430-2629 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 25 |
| 07/02/25 | 10:57 AM | 352-347-2364 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 26 |
| 07/02/25 | 11:06 AM | 352-237-2251 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 27 |
| 07/03/25 | 9:55 AM | 352-755-6209 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 28 |
| 07/03/25 | 10:21 AM | 352-697-8702 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 29 |
| 07/03/25 | 11:00 AM | 352-684-061 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 30 |

| | | | |
|---|---|---|---|
| 07/03/25 | 11:49 AM | 352-389-4795 | Unauthorized automated solicitation call from "healthcare marketplace" - I went along with the caller's sales pitch in order to find out who was responsible for all the annoying calls. The caller asked if I had any health insurance and then asked for some basic information like my name, age and zip code before transferring me to a "licensed agent" who identified herself as Maryann Centrone. She confirmed the information I gave to the first caller and then asked for additional personal information including my social security number, home address, DOB, household income. She signed me up for a health insurance policy and sent me an email to confirm from maryanncentrone@floridahealthadvisors.com. |

Keneisha Smith <ksmith20250@gmail.com>

# National Do Not Call Registry - Your Registration Is Confirmed

1 message

**Verify@donotcall.gov** <Verify@donotcall.gov> Wed, Aug 13, 2025 at 12:33 PM
To: ksmith20250@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 1035 on September 01, 2024. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit to register another number or file a complaint against someone violating the Registry.

****************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

# National Do Not Call Registry - Your Registration Is Confirmed

**Verify@donotcall.gov** <Verify@donotcall.gov> Tue, Feb 11, 2025 at 4:54 PM
To: jblack20250@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 7415 on September 01, 2024. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit to register another number or file a complaint against someone violating the Registry.

**************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

Florida Profit Corporation
FLORIDA HEALTH ADVISORS, INC.

Filing Information

| | |
|---|---|
| **Document Number** | P11000069486 |
| **FEI/EIN Number** | 32-0351568 |
| **Date Filed** | 08/03/2011 |
| **Effective Date** | 08/01/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 10/21/2015 |

Principal Address

3825 Henderson Blvd
202b
TAMPA, FL 33629

Changed: 11/26/2024

Mailing Address

3825 Henderson Blvd
202b
TAMPA, FL 33629

Changed: 11/26/2024

Registered Agent Name & Address

MONDAY, JASON J
3825 Henderson Blvd
603
TAMPA, FL 33629

Name Changed: 04/05/2013

Address Changed: 04/28/2017

*Officer/Director Detail*

**Name & Address**

Title President, Secretary, Treasurer, Director

MONDAY, JASON J
3825 Henderson Blvd
603
TAMPA, FL 33629

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2023 | 04/28/2023 |
| 2024 | 04/26/2024 |
| 2025 | 04/29/2025 |

Document Images

## v: **Florida Blue - Your 2025 Health Enrollment is Complete

**chelle Sullivan** <msullivan@floridahealthadvisors.com> Fri, Jan 17, 2025 at 11:01 /
: JBLAQ393@GMAIL.COM <JBLAQ393@gmail.com>

## *Thank You and Have a Great Day*

**Aichelle Sullivan**

***NPN: 20094099***

**PH# (904) 829-4956**

**From:** Michelle Sullivan
**Sent:** Friday, January 17, 2025 10:58 AM
**To:** < >
**Subject:** **Florida Blue - Your 2025 Health Enrollment is Complete

Congrats! Your enrollment for 2025 is officially completed. I've attached details on your coverage and a copy of the application submitted.

***Remember to use your membership card to register at the Florida Blues site and participate in the Better You Strides Program! I'm not sure about you, but FREE MONEY is my kind of money!*** *(*attached is the guide)*

## *Thank You and Have a Great Day*

**Aichelle Sullivan**

***NPN: 20094099***

**PH# (904) 829-4956**

**3 attachments**

- **2025 Better You Strides Member Flyer IU65 117164 1024R.pdf**
  254 KB
- **EligibilityResultsNotice (20).pdf**
  250 KB
- **1449.pdf**
  1.1 MB

: gifford3434@gmail.com

**3 attachments**

**2025 Better You Strides Member Flyer IU65 117164 1024R.pdf**
254 KB

**EligibilityResultsNotice (20).pdf**
250 KB

**1449.pdf**
1.1 MB

**llaQ** <jblaq393@gmail.com> Sat, Apr 19, 2025 at 7:34 F
: gifford3434@gmail.com

**3 attachments**

**2025 Better You Strides Member Flyer IU65 117164 1024R.pdf**
254 KB

**EligibilityResultsNotice (20).pdf**
250 KB

**1449.pdf**
1.1 MB

**llaQ** <jblaq393@gmail.com> Wed, Jun 4, 2025 at 6:17 F
: J BlaQ Da Boss <javeousi@gmail.com>

——— Forwarded message ———
rom: **Michelle Sullivan <** >
)ate: *Fri, Jan 17, 2025, 11:01 AM*

**3 attachments**

**2025 Better You Strides Member Flyer IU65 117164 1024R.pdf**
254 KB

**EligibilityResultsNotice (20).pdf**
250 KB

**1449.pdf**
1.1 MB

Keneisha Smith <ksmith.ingram228@gmail.com>

**Florida Blue Health Dental and Rewards**
1 message

Maryann Centrone <maryanncentrone@floridahealthadvisors.com> Thu, Jul 3,
To: "ksmith.ingram228@gmail.com" <ksmith.ingram228@gmail.com>

Dear Keneisha,

**Attached is the Florida Blue Health $0 Plan for your review. Below is a Florida Blue Dental Plan and below that are the directions for the Rewards Program.**

**The Blue Dental Copayment QF plan is $25.35 per adult member and $21 for children.** This policy is a great benefit offering copays for your dental needs. Please review benefits as outlined below. You can review the In-Network provider listing by clicking the link provided. Please contact me directly if you have any questions or would like forth in enrolling.

**Better You Strides Rewards Program**

The Better You Strides Rewards is to help provide finance in addition to health coverage. Each member covered on a Florida Blue policy 19 years or older qualifies to e credit. That means if you have 3 members on the same health plan 19 or older, you can earn $900!

For those that have a $0 premium policy, any rewards dollars earned will be sent to you in form of a pre-paid card to help pay towards medical claims, medications an counter items!

**Click the link below for directions on how to earn your Rewards!**

**Earn your FREE $300 NOW!**

Mary Ann Centrone
Florida Health Advisors
License number:*W579952*
800-474-0903
904-585-1907

**2139.pdf**
**1052K**

# Licensee Detail

**License #:** L075270

**Full Name:** FLORIDA HEALTH ADVISORS, INC.

**Business Address:** 3825 HENDERSON BLVD STE 202B TAMPA, FL 33629

**Mailing Address:** 3825 HENDERSON BLVD 202B TAMPA, FL 33629

**Email:** JMONDAY@FLORIDAHEALTHADVISORS.COM

**Phone:** (813) 767-7302

**County:** Hillsborough

**NPN #:** 16441476

**Agent in Charge:** JASON MONDAY (E007372)

### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| AGENCY LICENSE (2105) | 10/30/2017 | Appointment not required for this license type. |

### Active Appointments

No active appointments found.

### Invalid Licenses

| Type | Issue Date | Status |
|---|---|---|
| AGENCY | 10/24/2011 | INVALID |

### Inactive Appointments

No inactive appointments found.

*LICENSE (2105)*

**Agency Locations**

No Agency Location information found.

Copyright © Florida Department of Financial Services 2025

# Licensee Detail

**License #:** *W792532*

**Full Name:** *SULLIVAN, MICHELLE* ELIZABETH

**Business Address:** 226 JOE KNOX AVE APT 303 MOORESVILLE, NC 281177918

**Mailing Address:** 226 JOE KNOX AVE APT 303 MOORESVILLE, NC 281177918

**Email:** SULLYROCKS@OUTLOOK.COM

**Phone:** (910) 617-1896

**County:**

**NPN #:** 20094099

## Continuing Education Statistics

**CE Due Date:** 8/31/2026

**Continuing Education Status:** In Progress

***Number of Hours Required:*** *24*

**Number of Hours Completed:** 16

### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| NONRESIDENT HEALTH (0840) | 10/14/2021 | YES |

### Active Appointments

**NONRESIDENT HEALTH (0840)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| USABLE LIFE | 11/2/2021 | 8/31/2026 |
| BLUE CROSS & BLUE SHIELD | 11/2/2021 | 8/31/2026 |

| | | |
|---|---|---|
| OF FLORIDA, INC. | | |
| FLORIDA COMBINED LIFE INSURANCE COMPANY, INC | 11/2/2021 | 8/31/2026 |
| HEALTH OPTIONS, INC. | 11/2/2021 | 8/31/2026 |
| FLORIDA BLUE MEDICARE, INC. | 11/2/2021 | 8/31/2026 |
| FLORIDA HEALTH CARE PLAN, INC. | 7/12/2022 | 8/31/2026 |
| VISION SERVICE PLAN INSURANCE COMPANY | 1/11/2023 | 8/31/2025 |

**Invalid Licenses**

No invalid licenses found.

**Inactive Appointments**

**NONRESIDENT HEALTH (0840)**

| Company Name | Issue Date | Exp Date | Stat Dat |
|---|---|---|---|
| SIMPLY HEALTHCARE PLANS, INC. | 1/1/2025 | 8/31/2027 | 3/3/ |
| GUIDEWELL SIMPLIFI, INC. | 12/1/2022 | 8/31/2025 | 3/22 |

# Licensee Detail

| | | | |
|---|---|---|---|
| **License #:** | *W579952* | **Full Name:** | *CENTRONE, MARY ANN* |
| **Business Address:** | 2113 SE SHIPPING RD<br>PORT ST LUCIE, FL<br>*349524889* | **Mailing Address:** | 2113 SE SHIPPING RD<br>PORT ST LUCIE, FL<br>*349524889* |
| **Email:** | MARYANNCENTRONE@GMAIL.COM | **Phone:** | (772) 323-6011 |
| **County:** | St. Lucie | **NPN #:** | 19229247 |

## Continuing Education Statistics

| | |
|---|---|
| **CE Due Date:** | 11/30/2025 |
| **Continuing Education Status:** | In Progress |
| **Number of Hours Required:** | 24 |
| **Number of Hours Completed:** | 11 |

### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| LIFE INCL VARIABLE ANNUITY (0214) | 10/13/2021 | YES |
| HEALTH (0240) | 7/17/2019 | YES |

### Active Appointments

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| USABLE LIFE | 6/10/2023 | 11/30/2025 |

**HEALTH (0240)**

**Company**

| Name | Issue Date | Exp Date |
|---|---|---|
| FLORIDA HEALTH CARE PLAN, INC. | 7/19/2023 | 11/30/2025 |
| BLUE CROSS & BLUE SHIELD OF FLORIDA, INC. | 5/9/2023 | 11/30/2025 |
| FLORIDA BLUE MEDICARE, INC. | 5/9/2023 | 11/30/2025 |
| FLORIDA COMBINED LIFE INSURANCE COMPANY, INC | 5/9/2023 | 11/30/2025 |
| HEALTH OPTIONS, INC. | 5/9/2023 | 11/30/2025 |
| AETNA HEALTH INC. | 2/19/2025 | 11/30/2027 |
| VISION SERVICE PLAN INSURANCE COMPANY | 10/18/2023 | 11/30/2025 |

## Invalid Licenses

No invalid licenses found.

## Inactive Appointments

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date | Sta Da |
|---|---|---|---|
| FREEDOM LIFE INSURANCE COMPANY OF AMERICA | 10/20/2021 | 11/30/2023 | 11/ |

**HEALTH (0240)**

| Company Name | Issue Date | Exp Da |
|---|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY | 7/30/2019 | 11/30/2 |
| AETNA HEALTH INC. | 11/25/2023 | 11/30/2 |
| WELLPOINT LIFE AND HEALTH INSURANCE COMPANY | 9/29/2022 | 11/30/2 |
| UNITED STATES FIRE INSURANCE COMPANY | 6/9/2021 | 11/30/2 |
| AXIS INSURANCE COMPANY | 6/23/2021 | 11/30/2 |
| OSCAR INSURANCE COMPANY OF FLORIDA | 7/2/2021 | 11/30/2 |
| SIMPLY HEALTHCARE PLANS, INC. | 7/28/2022 | 11/30/2 |
| BLUE CROSS & BLUE SHIELD OF FLORIDA, INC. | 8/2/2022 | 11/30/2 |

| | | |
|---|---|---|
| FLORIDA BLUE MEDICARE, INC. | 8/2/2022 | 11/30/2 |
| COMPBENEFITS COMPANY | 9/15/2022 | 11/30/2 |
| HEALTHSPRING OF FLORIDA, INC | 8/3/2022 | 11/30/2 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | 8/3/2022 | 11/30/2 |
| HUMANA INSURANCE COMPANY | 9/15/2022 | 11/30/2 |
| AETNA LIFE INSURANCE COMPANY | 11/3/2022 | 11/30/2 |
| SILVERSCRIPT INSURANCE COMPANY | 10/18/2022 | 11/30/2 |
| HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC. | 11/22/2022 | 11/30/2 |

Health Insurance Marketplace

January 17, 2025

Application ID # **6342567775**
Application date: January 17, 2025

Primary contact

**Javeous Ingram**
113 Shiloh Ave
Lady Lake, FL 32159-4551

# 2025 Marketplace Eligibility Notice

Remember to update your application during the year with any changes.

## Results

| Premium tax credit available for this household: **$557/month** | Estimated 2025 income used to determine eligibility for financial help: $22,000/year |
|---|---|

| | Javeous Ingram |
|---|---|
| Applied for coverage. | ● |
| Eligible to enroll in a 2025 Marketplace plan. Enroll by **April 1, 2025.** | ● |
| Eligible to use the premium tax credit to pay for a Marketplace plan. Can use up to **$557/month** for this household. | ● |
| Eligible for extra savings (cost-sharing reductions). Will pay less for copayments, coinsurance, and deductibles when you're enrolled in a Silver plan. | ● |

## ACTION: Next steps

| | |
|---|---|
| Choose your plan. Your Marketplace coverage start date is for a household with a loss of health coverage. See **Eligibility Guide**, page 4. | ● |
| *Choose a Silver plan to get extra savings. Choosing Silver instead of Bronze may save you thousands of dollars if* you use a lot of services. | ● |
| Take steps to make sure you get the right amount of financial help. See **Eligibility Guide**, page 6. | ● |
| You can appeal your eligibility results now. See **Eligibility Guide**, page 8. | ● |

**See next pages to learn why you may not have qualified for other programs.**

To learn **when and how you can appeal**, see **Eligibility Guide**, page 8.
**Questions about results or next steps? See the Eligibility Guide included with this notice.**

| **For more help** | ***HealthCare.gov***<br>**Marketplace Call Center:**<br>1-800-318-2596<br>TTY: 1-855-889-4325<br>**LocalHelp.HealthCare.gov**<br>(for help in your area) | ***Florida Medicaid:***<br>(850)300-4323<br>TTY: (800)-955-8771 | ***Florida KidCare (CHIP):***<br>1-888-540-5437<br>TTY: (800)-955-8771 |
|---|---|---|---|

## Why don't I qualify for other programs?

Your Marketplace application was reviewed to see if you may be eligible for help with the cost of health coverage, including free or low-cost coverage through Medicaid or the Children's Health Insurance Program (CHIP). Your state runs these programs and they may go by different names in your state.

| | Javeous Ingram |
|---|---|
| Likely not eligible for Medicaid or CHIP because you don't meet the criteria in your state. | ● |

## What you can do

| | |
|---|---|
| Learn more about how you could qualify for Medicaid. See **Eligibility Guide**, page 7. | ● |
| You can appeal your eligibility results now. See **Eligibility Guide**, page 8. | ● |

To learn **when and how you can appeal**, see **Eligibility Guide**, page 8.
**Questions about results or next steps? See the Eligibility Guide included with this notice.**

**For more help**

**HealthCare.gov**
**Marketplace Call Center:**
1-800-318-2596
TTY: 1-855-889-4325
**LocalHelp.HealthCare.gov**
(for help in your area)

**Florida Medicaid:**
(850)300-4323
TTY: (800)-955-8771

**Florida KidCare (CHIP):**
1-888-540-5437
TTY: (800)-955-8771

The determinations or assessments in this letter were made based upon 45 CFR 155.305, 155.410, 155.420-430; 42 CFR 435.911, 435.603, 435.403, 435.406; and 42 CFR 457.348, 457.350, 457.315, 457.340.

*Privacy Disclosure:* The Health Insurance Marketplace® protects the privacy and security of the personally identifiable information (PII) that you have provided (see HealthCare.gov/privacy). This notice was generated by the Marketplace based on 45 CFR 155.230 and other provisions of 45 CFR part 155, subpart D. The PII used to create this notice was collected from information you provided to the Health Insurance Marketplace. The Marketplace may have used data from other federal or state agencies or a consumer reporting agency to determine eligibility for the individuals on your application. If you have questions about this data, contact the Marketplace at 1-800-318-2596 (TTY: 1-855-889-4325). You can also call the Marketplace Call Center to get information from this notice in your language, or request a reasonable accommodation if you have a disability. You can ask for information in an accessible format, like large print, braille, or audio at no cost.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The OMB control number for this information collection is 0938-1207.

*Nondiscrimination:* The Health Insurance Marketplace® doesn't exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, disability, sex (including sexual orientation and gender identity), or age. If you think you've been discriminated against or treated unfairly for any of these reasons, you can file a complaint with the Department of Health and Human Services, Office for Civil Rights by calling 1-800-368-1019 (TTY: 1-800-537-7697), visiting hhs.gov/ocr/civilrights/complaints, or writing to the Office for Civil Rights/ U.S. Department of Health and Human Services/ 200 Independence Avenue, SW/ Room 509F, HHH Building/ Washington, D.C. 20201.

Health Insurance Marketplace® is a registered service mark of the U.S. Department of Health and Human Services.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
465 INDUSTRIAL BOULEVARD
LONDON, KENTUCKY 40750-0001

Health Insurance Marketplace

Welcome to the

# MARKETPLACE ELIGIBILITY GUIDE

**How to enroll in a Marketplace plan**

Compare available health plans online at **HealthCare.gov** by logging into your Marketplace account and opening your most recent application. Or, call the Marketplace Call Center at **1-800-318-2596** to compare plans and enroll. TTY users can call 1-855-889-4325. If you don't already have a Marketplace account, you'll need the Application ID on your Eligibility Notice. You can find an assister in your local area to help you choose a plan by visiting **LocalHelp.HealthCare.gov.**

**What if I miss a deadline?**

If you miss a Marketplace deadline to submit documents or enroll in a plan, you may not be able to enroll in a Marketplace plan until the next Open Enrollment Period (unless you qualify for a Special Enrollment Period). You may also lose any financial help you may qualify for.

**Open Enrollment**

Open Enrollment is the yearly period when people can enroll in a Marketplace plan. Outside of Open Enrollment, you may still be able to enroll in a Marketplace plan if you qualify for a Special Enrollment Period.

**Special Enrollment Period**

A Special Enrollment Period means you can enroll in Marketplace health coverage outside of the yearly Open Enrollment period. You may qualify for a Special Enrollment Period if you've had certain life changes, like losing health coverage, moving, getting married, having a baby, or adopting a child. You may also qualify if you get a new offer from an employer for help paying for health coverage. You may need to submit documents to confirm your eligibility for some Special Enrollment Periods.

To see if you qualify for a Special Enrollment Period, you can report a life change on your application. If you qualify, your plan choices may be limited. You generally have up to 60 days following the change you're reporting to enroll in a plan (90 days if you lose Medicaid or CHIP).

**Copayments, coinsurance & deductibles**

Copayments, coinsurance, and deductibles are the money you pay toward the cost of your health care.

- **Copayment**: an amount you may pay each time you get a service, like going to the doctor or getting a prescription. It's usually a set dollar amount, like $20.
- **Coinsurance**: your share of the costs of a covered health service. Coinsurance is calculated as a percent of the allowed amount for the service.
- **Deductible**: the amount of money you must spend each year on health care before your plan starts paying for most services. After you pay your deductible, you may still have to pay copayments or coinsurance when you get services.

**Qualifying for extra savings**

Qualifying for extra savings (cost-sharing reductions) means you qualify for a discount that lowers the amount you have to pay for deductibles, copayments, and coinsurance. You must enroll in a plan in the Silver category to get the extra savings. Choosing a Silver Marketplace plan with extra savings may save you thousands of dollars if you have a lot of medical expenses.

If you're a member of a federally recognized American Indian tribe or Alaska Native Corporation, you can get extra savings when you enroll in any Marketplace plan. You'll get these savings as long as everyone in your enrollment group is also a member of a federally recognized tribe. Tribal and non-tribal members should be in separate groups to get all of the savings they qualify for, but they can still choose the same plan. See "Plan groupings," page 2.

**How do I qualify for extra savings?**

You qualify to enroll in a plan with lower copayments, coinsurance, and deductibles based on:

- The household income amount you expect to report on your federal tax return
- Your eligibility for the premium tax credit
- The number of people in your household (the taxpayer and dependents listed on your federal income tax return)
- Membership in a federally recognized tribe

**Bronze, Silver, Gold & Platinum plan categories**

Health plans sold in the Marketplace are divided into 4 main health plan categories: Bronze, Silver, Gold and Platinum. Categories range from Bronze plans with lower premiums and higher out-of-pocket costs to Platinum plans with higher premiums and lower out-of-pocket costs. All plans cover all essential health benefits.

# Health Insurance Marketplace

| | |
|---|---|
| **Choosing a plan category** | During Open Enrollment, you can choose a plan from any category. If you qualify for a Special Enrollment Period, you'll see all the plan categories available to you.<br>• If you're already enrolled in a Marketplace plan, your choices may be limited. For example, if you're enrolled in a Gold plan and experience a move that qualifies you for a Special Enrollment Period, you'll generally be able to choose plans from the Gold category only.<br>• You can choose a Silver plan if you're newly eligible for extra savings (cost-sharing reductions). Silver plans may also be available if you're eligible for the premium tax credit and can enroll through a Special Enrollment Period based on estimated income.<br>• If you're enrolled in a Silver plan with extra savings and you lose those extra savings, you can enroll in a Bronze, Silver or Gold plan. |
| **Catastrophic plans** | A Catastrophic plan has lower monthly premiums and high deductibles. Catastrophic plans may be an affordable way to protect yourself from worst-case scenarios, like getting seriously sick or injured, but you pay most routine medical expenses yourself. People under 30 and people with hardship exemptions can buy a Catastrophic plan through the Marketplace. These plans aren't eligible for the premium tax credit. |
| **Plan groupings** | If you apply for health coverage for more than one person in your household, the Marketplace will group your household members for plan enrollment. You'll see these groupings when you continue to enrollment, and you can change them. You may be able to choose one plan for everyone, a separate plan for each person, or some other grouping. |
| **Adding family members to your plan** | If you gain a new family member due to marriage, birth, adoption, foster care, or court order, you may be able to add the new family member to your current plan or enroll them in any category.<br><br>If your plan's rules don't allow you to add new members as part of your Marketplace updates, you can enroll together in a different plan in the same category. If no other plans are available in your current plan category, your family can enroll together in a "neighboring" category. For example, if you're currently enrolled in a Gold plan, you can generally enroll together in a new one from the Silver or Platinum categories.<br><br>You'll automatically see all the plans available to you when you enroll. However, if you want to *enroll your new dependent in their own plan of any category, you may need to "re-group" your* household members when you continue to enrollment to see if other categories become available, or to enroll in a plan that's separate from your family group. |
| **Coverage for immigrant families** | Lawfully present immigrants can apply for Marketplace coverage, even if they don't qualify for full Medicaid benefits or for CHIP because of immigration status. Lawfully present immigrants may still be eligible to enroll in Marketplace coverage and get help with costs.<br><br>Individuals who aren't lawfully present in the U.S. can apply for Marketplace coverage on behalf of family members who may be eligible, like their lawfully present children or spouse. Individuals who aren't lawfully present, or who don't meet requirements for full Medicaid benefits, may be eligible for limited Medicaid coverage for emergency medical treatment, or for pregnancy-related CHIP. |
| **Applying in a different state** | You can't enroll in a Marketplace plan in a state that's different from where you live. Return to your application to check that your address is correct and in the state where you want coverage. If someone in your household needs coverage in a different state, they need to start a new application that's separate from yours. For questions about Medicaid and CHIP eligibility, contact the Medicaid or CHIP agency listed on your notice. You may need to apply for Medicaid or CHIP in another state. |

# Health Insurance Marketplace

## Changes can affect your costs & eligibility

If anything you told us on your Marketplace application changes, you should report the change as soon as possible. Report changes like these:

- A move.
- Household income changes, especially if your household income will be different than you estimated on your application.
- Household size changes, like if someone in your household marries or divorces, becomes pregnant, or has a child; or your child moves out or won't be claimed as a dependent.
- A change in how you'll file your federal income tax return for the year you're getting Marketplace coverage, like if you plan to claim new dependents.
- Changes in immigration status.
- Becoming qualified for other health coverage, like through a job or Medicare.
- Getting an offer of help from a job to pay for health care costs with a Health Reimbursement Arrangement (HRA). This may also be called an individual coverage HRA or a Qualified Small Employer HRA (QSEHRA).

Visit **HealthCare.gov/reporting-changes** for a full list of changes to report. If you get advance payments of the premium tax credit and you don't report a change that may affect your eligibility, you may have to pay back some or all of your premium tax credit when you file your taxes, or you may not get all the financial help you qualify for.

## How to report changes on your application

1. Log into your Marketplace account at **HealthCare.gov**.
2. Select your current application.
3. Select "Report a Life Change" on the left-hand menu.

Or, call the Marketplace Call Center at **1-800-318-2596**.

## Need help reporting changes?

If somebody helped you fill out your application (like an agent, broker, Navigator or Certified Application Counselor), contact them for help reporting changes or uploading required documents.

## Health Reimbursement Arrangements (HRAs)

Check the notice you get from your employer about the help they offer paying for health coverage, because your deadlines and coverage start dates might be different. For more information, visit **HealthCare.gov/job-based-help**.

***If your employer offers an "individual coverage HRA"***

You can't use both the premium tax credit and an individual coverage HRA at the same time. People offered an individual coverage HRA qualify for the tax credit only if the employer offer doesn't meet minimum affordability standards and the person opts out of the individual coverage HRA.

If your Eligibility Notice says you're **NOT** eligible for a premium tax credit, it's a good idea to accept the individual coverage HRA offer from your employer. If your Eligibility Notice says you ARE eligible for a premium tax credit, you'll need to opt out of the individual coverage HRA if you want to use the tax credit instead.

You'll need to let your employer know if you enroll in a Marketplace plan, and if you plan to opt out of the individual coverage HRA. You'll need to update your Marketplace application with HRA information each plan year.

**If you have a Qualified Small Employer HRA (QSEHRA)**

Visit **HealthCare.gov/QSEHRA** to see how much tax credit you should consider using. People with a QSEHRA should plan to use their QSEHRA to help pay for health coverage during the year. However, the Marketplace doesn't account for QSEHRA help when calculating tax credit eligibility. For this reason, people with a QSEHRA may not want to use the full amount of tax credit shown in their Eligibility Notice, or they may have to pay back some of this credit when they file taxes.

The IRS will determine final tax credit eligibility at tax time based on how much QSEHRA the employer offered, even if the person didn't use the QSEHRA.

More About

# COVERAGE START DATES

**General coverage start dates**

**After you select a Marketplace plan, your coverage will be effective once you get a bill from your plan and pay your first premium.**

For plans selected by December 18 during Open Enrollment, coverage starts January 1. For plans selected from December 19 through the last day of Open Enrollment, coverage starts February 1.

**If you enroll during a Special Enrollment Period**

**Your start date usually depends on when you select a plan. When you enroll during a Special Enrollment Period, your coverage generally starts the 1st of the next month.** For example, if you select a plan on February 28, your coverage can start March 1.

**If the Marketplace asks you to submit documents to confirm information for your Special Enrollment Period,** you can't start using your coverage until you submit acceptable documents and get confirmation and premium payment information from the Marketplace.

**Special Enrollment Periods that offer different coverage effective dates**

Special Enrollment Periods for some situations may allow your coverage to start on a different date.

**Gained a dependent**

- If you gained or became a dependent (due to birth, adoption, placement for adoption or foster care, child support, or other court order), your coverage can be retroactive to the day this occurred. If you want coverage to start on a date in the future, call the Marketplace Call Center at **1-800-318-2596.**

**Loss of health coverage**

- If you already lost health coverage, you can choose a plan any day of the month for coverage starting the 1st day of the next month. However, if you're losing health coverage in the next 60 days, your new plan's coverage can start the 1st day of the month after you lose your coverage and select a plan. For example, if your last day of coverage is January 31, you can choose a plan on January 29 for coverage that starts February 1.

**Employer offer to help with the cost of coverage**

- If you'll newly gain access to an individual coverage HRA or a QSEHRA, you generally need to select a plan before the day this employer's help starts. If the employer's help starts in the next 60 days, your new plan coverage can start the 1st day of the month following your HRA start date and your date of plan selection. If the employer's help starts on the 1st of the month, your new plan coverage can start on that day.

**Other situations**

The Marketplace Call Center will work with you during your Special Enrollment Period to determine your coverage start date in these situations:

- You couldn't enroll because of a serious medical condition or natural disaster.
- A Marketplace technical or agent's error interfered with your ability to enroll.
- You're newly eligible for financial help because you experienced a change in income and/or moved to a different state, and you were previously ineligible for Medicaid coverage because you lived in a state that hasn't expanded Medicaid, and ineligible for help paying for coverage because your household income was below 100% of the Federal Poverty Level (FPL).
- You successfully appealed a Marketplace decision.

**Other types of Special Enrollment Periods**

You can enroll in or change plans any time, and your most recent plan choice will take effect the 1st of the next month:

- **If you qualify for a Special Enrollment Period based on estimated income for this year.** You can join a Silver plan with extra savings. If your income goes up, you might not qualify for this Special Enrollment Period in the future.
- **If you qualify for a Special Enrollment Period because someone in your household is a member of a federally-recognized tribe.**

Note that when changing plans, you may lose amounts you paid toward your old plan's deductible.

**Health Insurance Marketplace**

More About

# PREMIUM TAX CREDIT

| | |
|---|---|
| **What are advance payments of the premium tax credit?** | The premium tax credit is a "credit" paid in advance toward your Marketplace plan premiums each month. You'll see this credit when you choose a plan, and it's applied toward your premium when you enroll. If you use less than the full amount you qualify for, you may get the difference back at the end of the year when you file your taxes. |
| **When do I get the tax credit?** | The Marketplace sends advance payments of the premium tax credit directly to your insurance company, not to you. **You must file a federal income tax return to report the tax credit you used. You must report this tax credit even if you don't usually file taxes.** |
| **How do I qualify for the tax credit?** | The Marketplace checks your income, household size, and other information to see if you qualify. You can only get the premium tax credit if you enroll in coverage through the Marketplace. Visit **HealthCare.gov/lower-costs** for information about how income affects your premium tax credit.<br><br>If your results say you're eligible for a premium tax credit, it means you don't appear to be eligible for Medicaid or CHIP.<br><br>If your job offers health coverage or help with health care expenses through a Health Reimbursement Arrangement (HRA), you can only get the tax credit if that coverage isn't affordable, or isn't considered qualifying health coverage. Visit **HealthCare.gov/have-job-based-coverage** to learn more. |
| **How was my tax credit calculated?** | Your premium tax credit amount is based on these factors:<br>• The number of people in your household. This includes the person who files taxes, their spouse, and any dependents claimed on the tax return.<br>• How much income your household expects to report on your federal income tax return for the year you want coverage. This is the amount that you put on your application, or that came from other recent information sources.<br>• The amount you're expected to pay for premiums.<br>• The cost of the second-lowest cost Silver category Marketplace health plan in your area. This is also known as the "benchmark" cost.<br>The Marketplace determines your premium tax credit based on your *estimated* household income, but the final amount of tax credit you get will be based on your actual year-end tax filing. |
| **Why is my tax credit amount $0?** | You may be eligible for $0 premium tax credit if you're otherwise eligible to get the tax credit, but the cost of the second-lowest cost Silver category Marketplace health plan in your area (the benchmark cost) is less than the amount you're expected to pay for monthly plan premiums. A $0 tax credit means you won't get a reduction in the amount you pay for your premiums. |
| **Estimating your income** | If you checked for savings when you applied, the Marketplace asked you to estimate your income. Enter any income that you include on your federal income tax return, like money from a job or self-employment. For a full list of income sources to include on your application, visit **HealthCare.gov/income-and-household-information/income.**<br><br>When you file your tax return, the IRS will compare the information from your application to your tax return. If your income is higher than what you entered on your Marketplace application, or your household size decreases, you may have to pay back some or all of the advance payments of the premium tax credit. So, it's important to make your best guess when estimating your income and keep this information up to date in your Marketplace application. |
| ***What if I file a separate tax return from my spouse?*** | *If you're married, you must file a joint federal income tax return with your spouse for the year you* want the premium tax credit. There are some exceptions, like if you claim "head of household" status on your tax return, you're a victim of domestic violence, or you're an abandoned spouse. Call the Marketplace Call Center at **1-800-318-2596** for more information. |

# Health Insurance Marketplace

**What if I made a mistake on my income?**

If you made a mistake when you estimated your income or your income changed, you can report a life change to update your application with the right amount. See "How to report changes on your application" on page 3 for more information. Or, call the Marketplace Call Center at **1-800-318-2596**.

**Reporting the premium tax credit on your tax return**

If you use advance payments of the premium tax credit to reduce your health plan costs, the person who files taxes for your household must report these payments on a federal tax return by the tax filing deadline using "IRS Form 8962, Premium Tax Credit." This is true even if you don't usually have to file taxes. If you don't take this step, you won't continue to be eligible for the premium tax credit.

- You must file a tax return for each year you get the premium tax credit. Complete IRS Form 8962 using the information from "Form 1095-A, Health Insurance Marketplace Statement," which you get from the Marketplace early each year.
- To get Form 1095-A, visit HealthCare.gov, log into your Marketplace account, and check your notices from the Marketplace. You can also call the Marketplace Call Center at **1-800-318-2596.**
- For more information on filing a tax return using IRS Form 8962, visit **HealthCare.gov/taxes** or **IRS.gov/aca.**
- Filing electronically can help avoid mistakes and find credits and deductions that may be available. In many cases filing electronically is free. For information about Free File and e-file, visit **IRS.gov.**

If you filed the tax return but didn't include IRS Form 8962, you may need to file an amendment to your tax return (Form 1040X). To learn more, call the IRS at 1-800-829-1040. TTY users can call 1-800-829-4059.

**Do I need to apply for a new premium tax credit each year?**

To make sure you stay eligible for the tax credit, keep your income and other information updated in your Marketplace application. When you completed your application, you had an option to let the Marketplace use income data (including tax return information) to help with your eligibility renewal. If you chose not to allow this, make sure to update your information each year during Open Enrollment. You can change this agreement in your Marketplace account by selecting your most recent application and choosing "Report a life change." Step through your application, read the statement allowing the Marketplace to use income data to help with your renewal in future years, and click if you agree.

**Steps to make sure you get the right amount of financial help**

Your household won't be eligible for financial help with Marketplace plan costs if we don't have complete and current information about your taxes. If your results say you don't qualify for help with costs, take these steps so the Marketplace can check your eligibility:

1. **File a tax return with IRS Form 8962 if you got the premium tax credit in a past year.**

If advance payments of the premium tax credit were made to your insurance company for any past year coverage, but a tax return with "IRS Form 8962 Premium Tax Credit" wasn't filed for this household for the same year tax credits were used, you must file a federal income tax return with IRS Form 8962. You must do this even if you don't usually have to file taxes or if you asked for a tax filing extension that year. The IRS may send a notice to let you (or your household's tax filer) know that you received advance payments of the premium tax credit but haven't filed a tax return.

If you have questions about your household's tax filing status for past years, visit **IRS.gov/help/ita** to use the Interactive Tax Assistant or call IRS at 1-866-682-7451, ext. 568.

2. **If you told us you don't plan to file a tax return, or you're married but planning to file separately, update your application to see if you can get help with costs.**

Visit HealthCare.gov, log into your Marketplace account, and select your most recent application. Then select "Report a life change" and update your household and income information. You can also call the Marketplace Call Center.

3. **If you chose not to allow the Marketplace to use information from tax returns to help renew your eligibility, you can change this for future renewals.**

You can update your application and click a statement to show your agreement. Call the Marketplace Call Center if you need help.

4. **Did you qualify for the tax credit last year and already complete the steps above?**

Visit HealthCare.gov to update your application with your most current information to see if you might qualify. You may be asked if you reconciled all tax credits you received in the past. If so, be sure to check the application box asking if you've done this.

More About

# MEDICAID/CHIP

**How does the Marketplace relate to Medicaid/CHIP?**

If you checked for savings when you applied for Marketplace coverage, your application was reviewed automatically to see if you may be eligible for free or low-cost coverage through Medicaid or the Children's Health Insurance Program (CHIP). Your state runs these programs and they may go by different names in your state.

**About Medicaid & CHIP**

Medicaid and CHIP are joint federal and state programs that help with medical costs for people with limited income, families and children, pregnant women, the elderly, and people with disabilities. You may qualify for these programs based on your household size, income, and other factors, like age and special health care needs.

If you have qualifying health coverage through Medicaid or CHIP, you'll pay little or nothing for health services and **probably don't need a Marketplace health plan.** You can still purchase a Marketplace health plan, but you generally won't qualify for advance payments of the premium tax credit or extra savings (cost-sharing reductions). To learn more about when and how to end your Marketplace plan, visit **HealthCare.gov/medicaid-chip/cancelling-marketplace-plan.**

**What if I'm eligible for Medicaid/CHIP?**

If your Eligibility Notice says that someone is (or may be) eligible for Medicaid or CHIP, you'll get another notice from your state agency telling you about these programs and any next steps, including when coverage can start.

Your Medicaid or CHIP benefits may be delayed if your state agency needs you to send documents to confirm information. If your state says you're not eligible for Medicaid or CHIP, it will tell you how you can appeal your Medicaid or CHIP decision. You can also come back to the Marketplace to see if you can enroll in a Marketplace plan with financial help. You should "report a life change" to let the Marketplace know you were recently denied Medicaid/CHIP.

**What if I'm not eligible for Medicaid/CHIP?**

If you're found to be not eligible or "likely not eligible" for Medicaid/CHIP, your Eligibility Notice will let you know the reason why. You may still qualify for Medicaid if you have a disability or special health care needs, like if you:

- Have a medical, mental health, or substance abuse condition that limits your ability to work or go to school
- Need help with daily activities, like bathing or dressing
- Regularly get medical care, personal care, or health services at home, an adult day center, or another community setting
- Live in a long-term care facility, group home, or nursing home
- Are blind
- Are terminally ill

Visit **HealthCare.gov/people-with-disabilities** or call your state Medicaid agency to ask about rules for your state.

**See if you qualify for Medicaid anytime**

Anyone who checked for savings on their Marketplace application can ask for a full Medicaid determination at any time. To ask for a full determination: on the "Eligibility Results" screen of your Marketplace application, select the person's name, then select "Send to Medicaid" and complete all steps. If your Marketplace Eligibility Notice says your state agency will review your application again, you can be enrolled in other Marketplace coverage (if available) while you wait for the agency's answer. Visit **HealthCare.gov/medicaid-chip/getting-medicaid-chip** to learn more about Medicaid and CHIP eligibility. Or, call your state Medicaid agency to ask about rules for your state.

**How long can I keep Medicaid coverage?**

If you're eligible for Medicaid, you must renew your eligibility each year. Your state agency will contact you when it's time to renew. If you have Medicaid or CHIP but lose this coverage, you have 90 days from the day it ends to submit or update your Marketplace application and report the loss. You may qualify for a Special Enrollment Period.

**Reporting changes**

Your state will send you an enrollment letter with instructions on how to report changes and what changes to report, like changes in income, household size or health coverage. You can also call your state's Medicaid agency.

Health Insurance Marketplace

More About

# HOW TO APPEAL

**What if there's a mistake in my eligibility results?**

If you think there's a mistake in your final Eligibility Notice, you can file an appeal. You generally have 90 days from the date of your Eligibility Notice to ask for an appeal.

You can appeal decisions on your eligibility for Marketplace coverage, plan category availability, premium tax credit, extra savings (cost-sharing reductions), and enrollment periods.

**Can I appeal now?**

The "Next Steps" section of your Eligibility Notice will tell you if you can appeal your results with the Marketplace Appeals Center now. You can't file an appeal with the Marketplace until a final eligibility decision is made. Your eligibility determination isn't final if the "Next Steps" section of your notice says that someone needs to submit documents.

Your state agency will tell you if you can appeal your Medicaid or CHIP eligibility with the state.

**How to file an appeal**

**File an appeal online**

*Log into your Marketplace account. Choose the application you want to appeal, then select* "Eligibility & appeals" from the menu. Follow the instructions to file your appeal.

**File an appeal by mail or fax**

Visit **HealthCare.gov/marketplace-appeals/appeal-forms** and answer a few questions to get the form you need. Send your completed paper form or a letter requesting an appeal. Include your name, address, and the reason for the appeal. If the appeal is for someone else (like your child), also include their name. Submit your paper form or letter to the Marketplace:

Fax: 1-877-369-0130

Mail: Health Insurance Marketplace
ATTN: Appeals
465 Industrial Blvd.
London, KY 40750-0061

If you live in Alabama, Alaska, Louisiana, Montana, North Carolina, West Virginia or Wyoming, you can appeal a denial of Medicaid or CHIP eligibility through the Marketplace Appeals Center or with your state. Follow the instructions above to file an appeal with the Marketplace Appeals Center, or contact your state agency for instructions about how to file an appeal with your state.

**Income still being processed?**

If the "Results" section of your Eligibility Notice says "income information is still being processed," you may get another message from the Marketplace. Log into your Marketplace account after 24 hours to check this status. If you're required to submit documents, your eligibility results aren't final and can't be appealed until you submit all required documents and your eligibility is confirmed.

**More on appeals**

- You can ask for a faster appeal if your health is at risk (like you're currently in the hospital or urgently need medication). Ask for this in your appeal request or in your letter.
- You can represent yourself or appoint a representative to help you with your appeal. This person can be a friend, relative, lawyer, or other person.
- If eligible, enroll in a plan and pay your premiums during your appeal. If you don't or lose your coverage, you might have to wait to re-enroll (even if your appeal is successful).
- If you were eligible for Marketplace coverage and your eligibility is changed, you can appeal this change. In this case, you can ask to keep your eligibility during your appeal.
- The outcome of an appeal could change the eligibility of other members of your household, even if they don't ask for an appeal.
- For more information about the state Medicaid appeals process (including expedited appeals), contact your state agency.
- Visit **HealthCare.gov/marketplace-appeals** for more details on when and how to file appeals.

**This Notice Has Important Information.** This notice has important information about your application or coverage through the Health Insurance Marketplace®. Look for key dates in this notice. You may need to take action by certain deadlines to *keep your health coverage or help with costs. You have the right to get this information and help in your language at no cost.* Call 1-800-318-2596 and wait through the opening. When an agent answers, state the language you need and you'll be connected with an interpreter.

العربية (Arabic) يحتوي هذا الاشعار على معلومات هامة بخصوص طلبك او تغطيتك من خلال سوق التأمين الصحي. ابحث عن التواريخ الرئيسية في هذا الاشعار. قد تحتاج الى اتخاذ اجراء في مواعيد معينة للحفاظ على تغطيتك الصحية او للمساعدة في التكاليف. لك الحق في الحصول على هذه المعلومات وعلى المساعدة بلغتك من دون اي تكلفة. اتصل بالرقم 1-800-318-2596 و انتظر عند سماعك الافتتاحية. عندما يجيبك الممثل قم بتحديد اللغة التي تحتاج و سيجري وصلك بالمترجم.

**中文 (Chinese)** 本通知包含您通过健康保险市场的申请或保险范围方面的重要信息。查阅本通知中的重要日期。您可能需要在某些截止日期前采取行动以续保或有助于节省某些费用。您有权免费获取本信息以及您所使用语种的帮助。请致电 1-800-318-2596 并聽完全部錄音。當有代表接聽時，请说明您所需的语种，届时将有译员与您联系。

**Français (French)** Cet avis contient des informations importantes concernant votre demande ou votre couverture à travers le Marché d'assurance maladie. Recherchez les dates clés dans le présent avis. Vous pourrez avoir besoin de prendre des mesures avant certaines dates limites afin de garder votre couverture santé ou de vous aider avec les coûts. Vous avez le droit d'obtenir ces informations et de l'aide dans votre langue sans frais. Appelez le 1-800-318-2596 et appuyez sur « 0 » à deux reprises attendre à travers l'ouverture. Quendre l'agent répond indiquez la langue dont vous avez besoin et vous serez mis en relation avec un interprète.

**Kreyòl (French Creole)** Avi sa a gen enfòmasyon enpòtan sou aplikasyon w lan oswa pwoteksyon atravè Health Insurance Marketplace la. Gade pou datkle nan avi sa a. Ou ka bezwen pran aksyon pa yon sèten dat limit pou ou kenbe asirans sante ou oswa èd ak depans yo. Ou gen dwa pou ou jwenn enfòmasyon sa a akèd nan lang ou sanpa sa pa koute ou anyen. Rele 1-800-318-2596 epi rete tann ouvèti an. Lè yon ajan reponn, di lang ou bezwen an epi ou pral konekte ak yon entèprèt.

**Deutsch (German)** Diese Benachrichtigung enthält wichtige Informationen zu Ihrem Antrag oder Versicherung durch den Health Insurance Marketplace. Suchen Sie nach wichtigen Terminen in dieser Benachrichtigung. Sie müssen möglicherweise bis zu bestimmten Stichtagen handeln, um Ihre Krankenversicherung aufrechtzuerhalten oder Hilfe mit Kosten zu erhalten. Sie haben das Recht, diese Informationen und Hilfe in Ihrer Sprache kostenlos zu erhalten. Rufen Sie 1-800-318-2596 an und warten Sie die Ansage ab. Wenn sich ein Mitarbeiter meldet, wählen Sie die Sprache aus, die Sie benötigen und Sie werden mit einem *Dolmetscher verbunden.*

**ગુજરાતી (Gujarati)** આ સૂચનામાંઆરોગ્યવીમામાર્કેટસ્થળ સમારફતેતમારીઅરજીઅથવા સર્વગ્રાહી વીમો વિશેનીમહત્વનીમાહિતીછે. આ સૂચનામાંમહત્વનીતારીખોમાટેજુઓ. તમેતમારાઆરોગ્યઆવરીલેવાઅથવાખર્ચમાંમદદકરવામાટેઅમુકચોક્કસ નિશ્ચિત સમય ને હદમાં ધ્યાનમાંરાખીનેપગલાંલેવાનીજરૂરપડેછે. મનેકોઇપણખર્ચવિનાતમારીભાષામાંઆજાણકારીઅનેમદદમેળવવાનોઅધિકારછે. 1-800-318-2596 અને શરૂઆતના મારફતે રાહ જુઓ. એક એજન્ટ જવાબ આપે, ત્યારે તેમને તમે જરૂરી ભાષા જણાવો અને તમને દુભાષિયો સાથે જોડવામાં આવશે.

**Italiano (Italian) Questo avviso contiene importanti informazioni.** Questo avviso contiene importanti informazioni riguardo la sua richiesta o copertura assicurativa tramite l'Health Insurance Marketplace. Controlli le date più importanti di questo avviso. Potrebbe avere la necessità di compiere alcune azioni al fine di conservare la sua copertura medica o per ridurne i costi. Ha il diritto di ricevere queste informazioni ed assistenza nella sua lingua senza costi aggiuntivi. Chiami all'1-800-318-2596 e resti in attesa del primo operatore disponibile. Quando un nostro operatore risponderà, comunichi la lingua di cui ha bisogno e sarà collegato/a con un interprete.

**日本語(Japanese)この通知には重要な情報が含まれています。** この通知には、Health Insurance Marketplace 経由のアプリケーションまたは補償範囲に関する重要な情報が含まれます。この通知では、重要な期日について確認してください。補償範囲や費用サポートを維持するには、指定の期日までにご対応いただく必要がある場合があります。これらの情報を無料で取得する権利および希望の言語でサポートを受ける権利があります。1-800-318-2596 にお問い合わせいただき、つながるまでお待ちください。エージェントにつながりましたら、必要とする言語をお伝え下さい。通訳者とつながります。

January 2022

**한국어 (Korean)** 이 통지서에는 건강 보험 시장을 통한 귀하의 신청이나 보험 커버리지에 관한 중요한 정보가 포함되어 있습니다. 이 통지서에 나타난 중요한 날짜들을 잘 찾아 보십시요. 귀하는 귀하의 보험 커버리지를 계속 유지시키거나 경비를 절감하는 도움을 얻기 위해서 일정한 마감일 까지 필요한 조치를 취해야 할 수도 있습니다. 귀하는 귀하의 언어로 이 정보와 도움을 무료로 받을 수 있는 권리가 있습니다. 1-800-318-2596 로 전화하시고 시작하기 전에 기다리십시요. 직원이 전화를 받으면 귀하가 필요한 언어를 말씀하십시요. 그러면 통역사와 연결될 것입니다.

**Polski (Polish)** *To ogłoszenie zawiera ważne informacje odnośnie Państwa wniosku o ubezpieczenie lub polisy zdrowotnej* zakupionej przez Rynek Ubezpieczeń Zdrowotnych. Prosimy zwrócić uwagę na kluczowe daty zawarte w tym ogłoszeniu aby przy podejmowaniu ewentualnych decyzji dotyczących odnowienia polisy lub pomocy związanej z kosztami, nie przekroczyć terminów. Macie Państwo prawo do bezpłatnej informacji we własnym języku. W tym celu prosimy o telefon pod numer 1 800 318 2596, następnie proszę poczekać na zgłoszenie się operatora i wypowiedzenie preferowanego języka a rozmowa zostanie przełączona do tłumacza.

**Português (Portuguese)** Este aviso contém informações importantes sobre sua aplicação ou cobertura ao longo do Mercado de Planos de Saúde (Health Insurance Marketplace). Observe as datas importantes nesse aviso. Você poderá precisar tomar medidas, até determinados prazos, para manter sua cobertura médica ou ajuda de custo. Você tem o direito de obter tais informações e auxílio em seu idioma, sem custo algum. Ligue para 1-800-318-2596 e espere através da introdução. Quando o agente atende, afirme o idioma que precisa e você será transferido para um intérprete.

**Русский (Russian)** В настоящем уведомлении содержится важная информация о вашей страховке через рынок медицинского страхования. Вы можете найти важные даты в данном уведомлении. Возможно, вам придется предпринять некоторые действия к конкретным срокам, с тем, чтобы сохранить вашу медицинскую страховку или финансовую помощь на медицинские расходы. Вы имеете право на получение этой информации и помощи на родном языке бесплатно. Позвоните по номеру 1-800-318-2596 и прослушайте вступительную информацию до конца. Когда ответит агент, укажите необходимый язык, и вас соединят с переводчиком.

**Español (Spanish)** Este aviso contiene información importante sobre su solicitud o la cobertura que tiene a través del Mercado de Seguros Médicos. Consulte las fechas importantes que figuran aquí. Es probable que deba tomar medidas antes de algunas fechas clave para mantener su cobertura de salud o seguir recibiendo ayuda para pagar los costos. Usted tiene derecho a recibir esta información y asistencia en su idioma en forma gratuita. Llame al 1-800-318-2596 y espere a través de la introducción. Cuando el *agente atiende, indique el idioma que necesita y lo pondrán en comunicación con un intérprete.*

**Tagalog (Tagalog)** Ang paunawa na ito ay may nilalamang mahalagang impormasyon tungkol sa iyong aplikasyon o kaseguruhan sa pamamagitan ng Health Insurance Marketplace. Tingnan ang mga mahalagang petsa sa paunawang ito. Maaring mangailangang gumawa ka ng hakbang sa loob ng mga itinakdang petsa upang mapanatili ang iyong kaseguruhang pangkalusugan o *makatanggap ng tulong sa mga gastos. Mayroon kang karapatang makuha ang impormasyon na ito at tulong sa iyong wika* ng walang gastos. Tumawag sa 1-800-318-2596 at maghintay ng pagkakataong mabuksan ang linya. Kapag sumagot ang isang ahente, sabihin ang kailangan mong wika at ikaw ay iuugnay sa isang tagapagsalin sa Tagalog.

**Tiếng Việt (Vietnamese)** Thông báo này có thông tin quan trọng về đơn xin của quý vị hoặc hợp đồng bảo hiểm của chương trình Thị trường bảo hiểm sức khỏe Marketplace. Xin xem những ngày then chốt trong thông báo này. Quý vị có thể phải thực hiện theo thông báo đúng thời hạn để duy trì bảo hiểm sức khỏe hoặc được trợ giúp thêm về chi phí. Quý vị có quyền được biết thông tin này và được trợ giúp bằng ngôn ngữ của mình hoàn toàn miễn phí. Xin gọi 1-800-318-2596 và đợi nghe hết lời mở đầu. Khi nghe một nhân viên trả lời, hãy nói ngôn ngữ của mình là gì và quý *vị sẽ được kết nối với một thông dịch viên.*

Health Insurance Marketplace® is a registered service mark of the
U.S. Department of Health & Human Services.