AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Javeous Ingram, Keneisha Smith

*Plaintiff(s)*

v.

Florida Health Advisors, Inc., Jason Monday, John Doe callers 1-10

*Defendant(s)*

Civil Action No. 5:25-CV-00558-PGB-PRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Florida Health Advisors Inc
c/o Jason J. Monday, Registered Agent
3825 Henderson Blvd, Suite 202B
Tampa, FL 33629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javeous Ingram Keneisha Smith 113 Shiloh ave lady lake fl 32159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Javeous Ingram, Keneisha Smith

*Plaintiff(s)*

v.

Florida Health Advisors, Inc., Jason Monday, John Doe callers 1-10

*Defendant(s)*

Civil Action No. 5:25-CV-00558-PGB-PRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason J. Monday
3825 Henderson Blvd, Suite 202B
Tampa, FL 33629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javeous Ingram
Keneisha Smith
113 Shiloh ave
lady lake fl 32159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*