# UNITED STATES DISTRICT COURT
for the

Javeous Ingram
Keneisha Smith
*Plaintiff(s)*
v.
Jason Monday
*Defendant(s)*

Civil Action No. 5:25-CV-00558- PGB-PRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jason J Monday
3825 henderson blvd suite 663
Tampa Fl 33629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keneisha Smith
113 Shiloh Ave
lady lake fl 32159

Javeous Ingram
113 Shiloh Ave
lady lake Fl 32159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 24, 2026

Maria h Bobé
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Keneisha Smith Javeous Ingram

*Plaintiff(s)*

v.

Florida healthadvisors

*Defendant(s)*

Civil Action No. 5:25-cv-00558-PGB-PRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Florida health advisors Inc
2825 henderson blvd Suite 603
Tampa Fl 33629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keneisha Smith
113 Shiloh Ave
lady lake fl 32159

Javeous Ingram
113 Shiloh Ave
lady lake fl 32159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 24, 2026

Maria L. Bobi
*Signature of Clerk or Deputy Clerk*