**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**KENEISHA SMITH and JAVEOUS INGRAM,**

**Plaintiffs,**

**v.** **Case No: 5:25-cv-558-PGB-PRL**

**FLORIDA HEALTH ADVISORS, INC., PRESIDENT JASON J. MONDAY and JOHN DOE CALLERS 1-10,**

**Defendants.**
_____________________________/

# ORDER

This case is before the Court upon periodic review. On February 10, 2026, the Court entered an Order extending the date of service on the Defendants to April 13, 2026. (Doc. 18). On April 20, 2026, the Court entered an Order to Show Cause to Plaintiffs for their failure to serve the Defendants by the aforementioned deadline. (Doc. 20 (the "**Order to Show Cause**")). Therein, Plaintiffs were cautioned that failure to respond to the Order to Show Cause may result in dismissal of the case. (*Id.*) Plaintiffs have failed to respond, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 14, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties